UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS B. WILLIS,

        Plaintiff,

v.

        Case Number 06-13607-BC
        Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING COMMISSIONER'S FINDINGS

This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on September 20, 2007, recommending that the Court grant Defendant Commissioner of Social Security's motion for summary judgment and affirm the findings of the Commissioner. Plaintiff Curtis Willis filed a claim seeking disability benefits, was denied at the administrative level, and filed suit here to challenge the decision of the administrative law judge and the Appeals Council. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation.

The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusion of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #17] is **ADOPTED**, and that Defendant's motion for summary judgment [dkt #16] is **GRANTED**, and that the findings of the Commissioner are **AFFIRMED**.

                                                      s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

Dated: October 17, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 17, 2007.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS